IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
CURTIS HOWELL,                        :
        Plaintiff
                                      :
        vs.                                   CIVIL NO. 1:CV-05—0562
                                      :        (Judge Caldwell)
KEN SAULEY,                                    (Magistrate Judge Mannion)
and ROBERT PATINKA,                   :
        Defendants
```

O R D E R

AND NOW, this 7th day of March, 2006, upon consideration
of the report (doc. 29) of the magistrate judge, filed January 27,
2006, to which no objections were filed, and upon independent
review of the record, it is ordered that:

> 1.  The magistrate judge's report is
> adopted.
>
> 2.  Defendants' motion (doc. 26) for
> summary judgment is granted, and the Clerk of
> Court shall enter judgment in favor of
> Defendants and against Plaintiff.
>
> 3.  The Clerk of Court shall also close
> this file.
>
> 4.  Any appeal of this order would not be
> in good faith.

/s/William W. Caldwell
William W. Caldwell
United States District Judge